# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLO.

**MAY 16 2006**

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 00914** -βNβB

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

CODY A. GROSE,

     Plaintiff,

v.

WILLIAM STREET CENTER,
COLORADO COMMUNITY CORRECTIONS,
COLORADO DEPT. OF CORRECTIONS,
COLORAD [sic] DIVISION OF PAROLE,
DENVER CITY AND COUNTY JAIL,
MISS SIMPTIMAR, P.O., and
INDIVIDUALS AND OFFICERS HELD TO BE NAMED AT A LATER DATE WHEN ALL
    INFORMATION IS SECURED,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
## DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

    Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915. The court has determined that the document is deficient

as described in this order. Notwithstanding the deficiencies, the clerk of the court will

be directed to commence a civil action. Plaintiff will be directed to cure the following if

he wishes to pursue his claims. Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    __    is not submitted
(2)    __    is missing affidavit

Dockets.Justia.com

(3)    X    is missing certified copy of prisoner's trust fund statement for the 6-month
            period immediately preceding this filing
(4)    __   is missing required financial information
(5)    __   is missing an original signature by the prisoner
(6)    __   is not on proper form (must use the court's current form)
(7)    __   names in caption do not match names in caption of complaint, petition or
            habeas application
(8)    __   An original and a copy have not been received by the court.
            Only an original has been received.
(9)    __   other _____

**Complaint, Petition or Application:**
(10)   X    is not submitted
(11)   __   is not on proper form (must use the court's current form)
(12)   __   is missing an original signature by the prisoner
(13)   __   is missing page nos. ___
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   An original and a copy have not been received by the court.  Only an
            original has been received.
(16)   __   Sufficient copies to serve each defendant/respondent have not been
            received by the court.
(17)   __   names in caption do not match names in text
(18)   __   other _____

Accordingly, it is

        ORDERED that the clerk of the court commence a civil action in this matter.  It is

        FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**.  Any papers which the Plaintiff

files in response to this order must include the civil action number on this order.  It is

        FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner Complaint.  It is

        FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _12th_ day of _May_____, 2006.

BY THE COURT:


BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.  06 - CV - 00914 -ᵇᴺᵝ

Cody A. Grose
Doc# 122762
DRDC
P.O. Box 392004
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on _5-16-06_

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk